IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANGELA SIMS                                                                                            PLAINTIFF

VS.                                                                          CIVIL ACTION NO. 4:06CV27-L-R

BIG LOTS STORES, INC.                                                                          DEFENDANT

ORDER ENFORCING SETTLEMENT

  Before the court for consideration is the motion of defendant Big Lots Stores, Inc. to enforce settlement agreement.  The court finds that a copy of the motion was sent by certified mail to plaintiff on June 19, 2007; that then counsel for plaintiff, having filed a motion to withdraw and having been unable to communicate with plaintiff, obtained an order from this court granting plaintiff until July 27, 2007 in which to respond to the motion to enforce settlement agreement ; and that the plaintiff has not responded to the motion.   IT IS HEREBY ORDERED that,  for the reasons given in defendant's memorandum in support of the motion to enforce settlement agreement, the parties' Settlement Agreement and General Release be enforced and that this cause be dismissed with prejudice.

  ORDERED AND ADJUDGED this 30th day of July, 2007.


               /S/ TOM S. LEE
               UNITED STATES DISTRICT JUDGE